EDWARD M. KELLY and ELSIE KELLY, Respondents, Appellants, v. BANKERS AND SHIPPERS INSURANCE COMPANY OF NEW YORK, Appellant. LONG ISLAND BANKERS, INC., Respondent.— Application denied, with ten dollars costs.

## THIRD DEPARTMENT, MARCH, 1927.

JAMES CAHILL, as Administrator, etc., of MARGARET CUDNEY, Deceased, Appellant, v. THE DELAWARE AND HUDSON COMPANY, Respondent.

Appeal from a judgment of the Supreme Court in favor of the defendant, entered in the Saratoga county clerk's office on June 18, 1926, upon the dismissal of the complaint by direction of the court at the close of the plaintiff's case.

PER CURIAM. There was evidence on which a jury could have found that the defendant was negligent. The vital question in the case is whether or not the deceased was guilty of contributory negligence. This presented a question of fact for the jury and not a question of law for the court. Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur. Judgment reversed on the law and facts, and new trial granted, with costs to the appellant to abide the event.

ROBERT J. LANDON, Appellant, v. CHARLOTTE LIPKIND and Another, Respondants.— Motion granted, with ten dollars costs, unless the appellant perfects his appeal by April first next, and is ready for argument at the May term, and pays said costs; in which event motion is denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of FREMONT F. WILLIAMS, an Attorney, Respondent.— Motion for reargument denied. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of DOMENICO BARACCO, Respondent, against NATHAN GOLDBERG and LOUIS BAYARSKY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of STATE TREASURER (on Account of Death of YU YUNG BUN), Respondent, against ORIENTAL RESTAURANT and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of Rosmuth v. American Radiator Co. (201 App. Div. 207) and cases cited. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES H. STREEVER and Another, Defendants. FRED S. STREEVER, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.